FILED: June 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**Nos. 16-9320, 16-9328**
**(2:07-cr-00016-F-2)**

_____

In re:  CURTIS VARN MOTLEY, JR., a/k/a Varn Motley,

            Movant.

_____

O R D E R
_____

Curtis Varn Motley, Jr., has filed motions pursuant to
28 U.S.C. §§ 2244(b), 2255(h) (2012), for authorization to file a
second or successive 28 U.S.C. § 2255 (2012) motion.  Motley has
made a prima facie showing that the new rule of constitutional law
announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and
held to apply retroactively to cases on collateral review by Welch
v. United States, 136 S. Ct. 1257 (2016), may apply to his case.
See In re Hubbard, ___ F.3d ___, No. 15-276, 2016 WL 3181417 (4th
Cir. June 8, 2016).  In No. 16-9328, we grant authorization for
Motley to file a second or successive § 2255 motion, thus
permitting consideration of the motion by the district court in
the first instance.  We deny as unnecessary the motion for
authorization in No. 16-9320.  The one-year limitations period of

28 U.S.C. § 2255(f)(3) for filing a § 2255 motion raising a claim relying on the Supreme Court's decision in <u>Johnson</u> expires on June 26, 2016.

Entered at the direction of the panel:    Judge Keenan, Judge Thacker, and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk