UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:07-CR-16-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURTIS VARN MOTLEY, JR. | ORDER TO SEAL |

On motion of the Defendant, Curtis Varn Motley, Jr., and for good cause shown, it is hereby ORDERED that DE [177] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the  10th  day of  September, 2019.

_____
The Honorable Louise Wood Honorable
United States District Court Judge

1