UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:07-CR-16-FL-2

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| CURTIS VARN MOTLEY, JR. | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 182 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 10th day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge